# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANGELA PIERCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW SAUL, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Case No. CIV-18-1203-G |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bernard M. Jones, entered August 19, 2019. No objection to the Report and Recommendation has been filed, and no extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety. The decision of the Commissioner of Social Security is AFFIRMED.

IT IS SO ORDERED this 19th day of September, 2019.

_____
CHARLES B. GOODWIN
United States District Judge